Michigan Fruit Exchange, Respondent, v. Charles A. Hall, Appellant.—
Judgment affirmed, with costs. ' All concurred.

In the Matter of Joseph Nellis, Attorney and Counselor at Law.—
Report of referee confirmed and charges dismissed.

Giovanni Banchetti, as Administrator, etc., Appellant, v. The New York
Central and Hudson River Railroad Company, Respondent.— Motion to
recall remittitur granted, record amended and reargument ordered to be
heard on October 16, 1912.

Carroll L. Hook, Appellant, v. German-American Bank and Others,
Respondents.— Motion for reargument denied, with ten dollars costs.
Motion to amend decision denied, with ten dollars costs.

Clarence E. Morrison, an Infant, etc., Respondent, v. Ontario Knife Com-
pany, Appellant.— Motion for leave to appeal to Court of Appeals denied,
with ten dollars costs.

Arthur E. Worden, Respondent, v. Amy E. Worden, Appellant.—
Appeal dismissed, without costs, upon stipulation filed.

Nellie Plaisted v. Syracuse, Lake Shore and Northern Railroad Com-
pany. —Appeal dismissed, without costs, upon stipulation.

Thomas McMahon, Respondent, v. Walter Miller, Impleaded with Nellie
Agness and Julia Denehan, Appellants, and Others.— Order affirmed,
with ten dollars costs and disbursements. All concurred.

Allen P. Tupper, Respondent, v. Jeannie B. Tupper, Appellant.— Order
reversed, with costs; motion for new trial denied, and verdict of jury rein-
stated. Held, that the verdict of the jury upon both questions submitted
to them was not against the weight of the evidence. All concurred, except
Robson, J., who dissented.

Chauncey Baum, Respondent, v. Stewart-Kerbaugh-Shanley Company,
Appellant.— Judgment and order reversed and new trial granted, with
costs to appellant to abide event, unless the plaintiff shall, within twenty
days, stipulate to reduce the verdict to the sum of $158 as of the date of
the rendition thereof, in which event the judgment is modified accord-
ingly, and as so modified is, together with the order, affirmed, with costs.
All concurred.

Vincenzo Mazzula, as Administrator, etc., of Calogero Mazzula, Deceased,
Plaintiff, v. The New York Central and Hudson River Railroad Company,
Defendant.— Plaintiff's exceptions overruled, motion for new trial denied,
with costs, and judgment directed for the defendant upon the nonsuit,
with costs. All concurred, except Kruse, J., who dissented.

Ida H. Redner, as Administratrix, etc., of Michael Redner, Deceased,
Respondent, v. Lockport Light, Heat and Power Company, Appellant,
Impleaded with Another.— Interlocutory judgment affirmed, with costs,
with leave to the defendant to plead over within twenty days upon pay-
ment of the costs of the demurrer and of this appeal. All concurred.

Pittsburgh-Westmoreland Coal Company, Respondent, v. John K. Kerr
and Others, Appellants, Impleaded with Others.— Interlocutory judgment
affirmed, with costs, with leave to the defendant to plead over within
twenty days upon payment of the costs of the demurrer and of this appeal.
All concurred.